# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00207-CV

**In re Sister Jan E. Renz,
Independent Executor of the Estate of Bernice Morene Ille, Deceased, Relator**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator Sister Jan E. Renz has filed a petition for writ of mandamus and an emergency motion for temporary relief. *See* Tex. R. App. P. 52.8, 52.10. We grant relator's emergency motion and stay (1) the trial court's order granting real party in interest Ken Ille's motion to enforce the mediated settlement agreement, which was signed on March 23, 2015, and (2) the trial court's order granting real party in interest Ken Ille's motion to enforce the March 23, 2015 order, which was signed on April 2, 2015, pending further order of this Court. Further, the Court orders real party in interest Ken Ille to file a response to the petition for writ of mandamus on or before April 17, 2015.

It is so ordered on April 8, 2015.

Before Chief Justice Rose, Justices Goodwin and Field